| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Rick E. Barr** | Social Security number or ITIN | **xxx–xx–4781** |
| | First Name  Middle Name  Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Rachel I. Barr** | Social Security number or ITIN | **xxx–xx–5544** |
| | First Name  Middle Name  Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number: | **17–11307–TPA** | | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rick E. Barr  
aka Rickey E Barr

Rachel I. Barr

5/16/18

**By the court:** Thomas P. Agresti  
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 17-11307-TPA
Rick E. Barr                                                        Chapter 7
Rachel I. Barr
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-1          User: admin                 Page 1 of 2           Date Rcvd: May 16, 2018
                              Form ID: 318                Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
db/jdb         +Rick E. Barr,    Rachel I. Barr,    12545 Vernon Street,    Meadville, PA 16335-3558
14754362       +CBCS,    PO Box 2724,    Columbus, OH 43216-2724
14754363       +Conneaut Valley Health Center,    PO Box 6100,    Hermitage, PA 16148-1000
14743507       +Edgewood Surgical Hospital,    239 Edgewood Drive Extension,    Transfer, PA 16154-1817
14743511       +Global Credit Network,    Po Box 3097,    Gaithersburg, MD 20885-3097
14754364       +Meadville Cardiology Consultants,    PO Box 6041,    Hermitage, PA 16148-1041
14754365       +Meadville Community Health Center,    747 Terrace Street,    Meadville, PA 16335-1737
14754366       +Meadville Diagnostic,    751 Liberty Street,    Meadville, PA 16335-2591
14754368       +Millennium Health,    PO Box 844468,    Dallas, TX 75284-4468
14754369       +Millennium Labs Inc,    PO Box 844468,    Dallas, TX 75284-4468
14743515      ++NORTHWEST SAVINGS BANK,    P O BOX 337,    WARREN PA 16365-0337
                (address filed with court: Northwest Savings Bank,     100 Liberty Street,    Warren, PA 16365)
14743514       +National City Bank,    1 Financial Parkway,    Kalamazoo, MI 49009-8003
14754371       +PA Liberty St Emergency Physicians LLC,    751 Liberty Street,    Meadville, PA 16335-2559
14743517       +Pnc Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14754372       +Specialized Loan Servicing LLC,    PO Box 105219,    Atlanta, GA 30348-5219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2018 01:53:09     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
14743505       +E-mail/Text: rkiser@co.crawford.pa.us May 17 2018 01:53:30     Crawford County Tax Claim Bureau,
                 903 Diamond Park,   Meadville, PA 16335-2694
14743506       +EDI: CCS.COM May 17 2018 05:43:00     Credit Collection Service,    Po Box 773,
                 Needham, MA 02494-0918
14743510        EDI: FORD.COM May 17 2018 05:43:00     Ford Motor Credit,    National Bankruptcy Service Center,
                 Po Box 62180,    Colorado Springs, CO 80962
14743509       +E-mail/Text: bankruptcy@firstenergycorp.com May 17 2018 01:53:24     First Energy,
                 Revenue Assurance,    1310 Fairmont Avenue,    Fairmont, WV 26554-3526
14743512       +EDI: HFC.COM May 17 2018 05:43:00     Hsbc Bank Usa, Na,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
14743513       +E-mail/Text: ahefner@onefcu.com May 17 2018 01:53:59     Meadville Area Federal Credit Union,
                 300 Arch Street,   Meadville, PA 16335-3217
14754367       +E-mail/Text: mwetherbee@mmchs.org May 17 2018 01:53:37     Meadville Medical Center,
                 1034 Grove Street,    Meadville, PA 16335-2945
14754370       +E-mail/Text: Bankruptcies@nragroup.com May 17 2018 01:54:02     National Recovery Agency,
                 PO Box 67015,    Harrisburg, PA 17106-7015
14743516       +EDI: AGFINANCE.COM May 17 2018 05:43:00     Onemain Financial / Citifinancial,
                 6801 Colwell Boulevard,    Ntsb-2320,    Irving, TX 75039-3198
14743518        EDI: AGFINANCE.COM May 17 2018 05:43:00     Springleaf Financial Services,    18947 Park Avenue,
                 Meadville, PA 16335
14743519       +EDI: RMSC.COM May 17 2018 05:43:00     Synchrony Bank / Sams,    Po Box 965060,
                 Orlando, FL 32896-5060
14743520       +EDI: RMSC.COM May 17 2018 05:43:00     Synchrony Bank / Walmart,    Po Box 965064,
                 Orlando, FL 32896-5064
14754373       +E-mail/Text: bankruptcydepartment@tsico.com May 17 2018 01:53:48     Transworld Systems Inc,
                 507 Prudential Road,    Horsham, PA 19044-2308
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wilmington Savings Fund Society, FSB, DBA Christia
14743508     ##+Equity One,    301 Lipponcott Drive,    Marlton, NJ 08053-4197
                                                                                   TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-1           User: admin              Page 2 of 2            Date Rcvd: May 16, 2018
                               Form ID: 318             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2018 at the address(es) listed below:
          Daniel P. Foster    on behalf of Debtor Rick E. Barr dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Joint Debtor Rachel I. Barr dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James  Warmbrodt     on behalf of Creditor   Wilmington Savings Fund Society, FSB, DBA Christiana
           Trust, not in its individual capacity, but  solely in its capacity as Owner  Trustee for WF 19
           Grantor  Trust bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Tamera Ochs Rothschild    trothschild@gmx.com,  pa70@ecfcbis.com
                                                                                           TOTAL: 5
```